

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Annette Douglas v. Anthony J. Douglas

Appellate case number:   01-10-00477-CV

Trial court case number:  2009-68489

Trial court:                     310th District Court of Harris County

According to the reporter's record of the hearing on the district clerk's contest to appellant's affidavit of indigence, the district clerk requested $200 from appellant to prepare the clerk's record in this case. Appellant has provided receipts from the district clerk's office showing that she made eight payments, totaling $202, to the district clerk's office for the clerk's record. On August 6, 2012, we ordered the district clerk to either file the clerk's record or notify this Court of the reason why the clerk's record has not been filed no later than September 5, 2012. The Harris County District Clerk failed to respond to our order.

Accordingly, the district clerk is ORDERED to file the clerk's record within 10 days of the date of this order. *See* TEX. R. APP. P. 35.3(c) ("The appellate court may enter any order necessary to ensure the timely filing of the appellate record.").

Judge's signature: /s/ Jim Sharp, Jr.
                                ☑ Acting individually      ☐ Acting for the Court

Date: October 2, 2012